**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SCULLY ROYALTY LTD.,

               Plaintiff,

       v.                                Civil Action No. 1:26-cv-11373-RGS

SAMUEL STEFFEY MORROW,

               Defendant.

## ASSENTED-TO MOTION TO EXTEND TIME TO FILE ANSWER, MOVE TO DISMISS, OR OTHERWISE RESPOND TO COMPLAINT

Specially appearing Defendant Samuel Steffey Morrow ("Defendant") hereby moves, with the assent of Plaintiff Scully Royalty Ltd. ("Plaintiff"), for a further extension of time until June 29, 2026, to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint in the above-captioned action.  Through this special appearance, Defendant does not waive, and expressly reserves, all rights and defenses including, but not limited to, the right to raise arguments regarding personal and subject matter jurisdiction, and venue.  As grounds for this motion, Defendant states:

1.     Plaintiff filed the Complaint in this action on March 20, 2026.  (Dkt. 1).

2.     A Summons issued as to Defendant on March 23, 2026.  (Dkt. 4).  Plaintiff filed affidavits regarding service on March 30, 2026.  (Dkts. 5, 6).  Plaintiff did not request a waiver of service pursuant to Federal Rule of Civil Procedure 4(d).

3.     On April 10, 2025, Defendant filed an assented-to motion for an extension of time until May 13, 2026 to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint.  (Dkt. 8).  The Court entered an order granting the requested extension that same day.  (Dkt. 9).

4.      Counsel for the parties have conferred, and Plaintiff's counsel has assented to this motion seeking an agreed extension until June 29, 2026, for the Defendant to answer, move to dismiss, or otherwise respond to the Complaint.  At this time, the parties believe that the case might be resolved without continued litigation.

WHEREFORE, Defendant, with the assent of Plaintiff, respectfully requests entry of an Order stating that the Defendant has until June 29, 2026, to answer, move to dismiss, or otherwise respond to the Complaint in this action.

Dated: May 8, 2026

Respectfully submitted,

/s/ Nathan A. Sandals
Nathan A. Sandals (BBO# 696032)
Latham & Watkins LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
nathan.sandals@lw.com

Colleen C. Smith (*pro hac vice*)
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
colleen.smith@lw.com

John J. Barber (*pro hac vice*)
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
jack.barber@lw.com

Jordan D. Cook (*pro hac vice*)
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
jordan.cook@lw.com

*Counsel for Specially Appearing Defendant*
*Samuel Steffey Morrow*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that counsel for the Defendant has conferred with counsel for Plaintiff regarding the relief requested in this motion, and Plaintiff assents to this motion.

/s/ Nathan A. Sandals
Nathan A. Sandals

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent May 8, 2026 to those identified as non-registered participants.

/s/ Nathan A. Sandals
Nathan A. Sandals