**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SCULLY ROYALTY LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:26-cv-11373-RGS |
| v. | ) |
| | ) |
| SAMUEL STEFFEY MORROW, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Alan D. Rose, Jr. of Rose Law Partners LLP as an attorney

for Defendant Samuel Steffey Morrow in the above-captioned matter.

Respectfully submitted,

SAMUEL STEFFEY MORROW

By his attorneys,

*/s/ Alan D. Rose, Jr.*
Alan D. Rose, Jr. (BBO #628871)
Sarajane Levien (BBO #716071)
ROSE LAW PARTNERS LLP
185 Dartmouth Street, Suite 602
Boston, MA 02116
617-536-0040 (Office)
617-536-4400 (Fax)
adrjr@rose-law.net
sjl@rose-law.net

Date: May 26, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system on May 26, 2026 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Alan D. Rose, Jr.*
Alan D. Rose, Jr.