**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SCULLY ROYALTY LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAMUEL STEFFEY MORROW, <br><br> Defendant. | Civil Action No. 1:26-cv-11373-RGS |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JOHN J. BARBER**

Please be advised that John J. Barber hereby withdraws as counsel for Specially Appearing Defendant Samuel Steffey Morrow ("Morrow") in the above-captioned matter.  Alan D. Rose, Jr. and Sarajane Levien of Rose Law Partners LLP have entered appearances and will continue to represent Morrow going forward.

Dated: May 26, 2026

Respectfully submitted,

/s/ John J. Barber
John J. Barber (*pro hac vice)*
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
jack.barber@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent May 26, 2026 to those identified as non-registered participants.  A copy of this document will also be sent to Specially Appearing Defendant Samuel Steffey Morrow on May 26, 2026.

/s/ John J. Barber
John J. Barber