**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SCULLY ROYALTY LTD., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 1:26-cv-11373-RGS |
| v. | ) |
|  | ) |
| SAMUEL STEFFEY MORROW, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**DEFENDANT SAMUEL S. MORROW'S ASSENTED-TO MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT DUE TO RECENT
TRANSFER OF MATTER TO NEW COUNSEL**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Samuel Steffey Morrow respectfully moves this Court for a fourteen (14) day extension of time to respond to Plaintiff's Complaint to June 12, 2026, and in support thereof states as follows:

1. Plaintiff filed the Complaint in this action on March 20, 2026. Docket No. 1.

2. On April 10, 2026, Defendant requested, and this Court granted, an Assented-To Motion to Extend Time to File Answer, Move to Dismiss, or Otherwise Respond to Complaint to May 13, 2026. Docket Nos. 8 & 9.

3. On May 8, 2026, Defendant requested an Assented-To Motion to Extend Time to File Answer, Move to Dismiss, or Otherwise Respond to Complaint to June 29, 2026. Docket No. 17.

4. On May 11, 2026, the Court allowed in part Defendant's Motion, extending the deadline to respond to May 29, 2026, rather than June 29, 2026, the date requested by Defendant. Docket No. 18.

5. Prior counsel's appearance in this matter was limited to managing scheduling and

extension requests while related proceedings in the Cayman Islands were pending.  Prior counsel did not undertake substantive representation of Defendant on the merits of the claims asserted in the Complaint.

6.      On May 22, 2026, the case files were transferred to undersigned counsel, who are working diligently to review the documents and prepare Defendant's response to the Complaint.

7.      The transfer of a substantial case file to new counsel just one week before the response deadline does not afford undersigned counsel sufficient time to review documents, research the applicable law, and prepare a response that adequately addresses the claims in the case.

8.      On May 26, 2026, Attorneys Alan D. Rose, Jr. and Sarajane Levien filed notices of appearances on behalf of the Defendant.

9.      Counsel for the parties conferred on May 26, 2026, and Plaintiff's counsel has assented-to this motion seeking an agreed extension up to and including June 12, 2026, for the Defendant to answer, move to dismiss, or otherwise respond to the Complaint.

WHEREFORE, Defendant, with the assent of the Plaintiff, respectfully requests entry of an Order stating that the Defendant has until June 12, 2026, to answer, move to dismiss, or otherwise respond to the Complaint.

2

Respectfully submitted,

SAMUEL STEFFEY MORROW

By his attorneys,

/s/ Alan D. Rose, Jr.
Alan D. Rose, Jr. (BBO #628871)
Sarajane Levien (BBO #716071)
ROSE LAW PARTNERS LLP
185 Dartmouth Street, Suite 602
Boston, MA 02116
617-536-0040 (Office)
617-536-4400 (Fax)
adrjr@rose-law.net
sjl@rose-law.net

Date: May 26, 2026

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that counsel for the Defendant has conferred with counsel for Plaintiff on May 26, 2026 regarding the relief requested in this motion, and Plaintiff assents to this motion.

/s/ Alan D. Rose, Jr.
Alan D. Rose, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system on May 26, 2026 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Alan D. Rose, Jr.
Alan D. Rose, Jr.