**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SCULLY ROYALTY LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:26-cv-11373-RGS |
| v. | ) | |
| | ) | |
| SAMUEL S. MORROW, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT SAMUEL S. MORROW'S MOTION TO DISMISS

Defendant Samuel S. Morrow ("Morrow") hereby moves to dismiss the Complaint of
Scully Royalty Ltd. on the following grounds: (1) the claims are not ripe for adjudication, (2) this
Court lacks personal jurisdiction over Morrow, Fed. R. Civ. P. 12(b)(2), and (3) plaintiff fails to
state a claim upon which relief can be granted, Fed. R. Civ. P. 12(b)(6). In support of this motion,
Morrow relies on Defendant Samuel S. Morrow's Memorandum of Law in Support of his
Motion to Dismiss and the Affidavit of Samual S. Morrow.

## CONCLUSION

WHEREFORE, Morrow respectfully requests that the Court grant his Motion to Dismiss.

Respectfully submitted,

SAMUEL S. MORROW

By his attorneys,

*/s/ Alan D. Rose, Jr.*
Alan D. Rose, Jr. (BBO #628871)
Sarajane Levien (BBO #716071)
ROSE LAW PARTNERS LLP
185 Dartmouth Street, Suite 602
Boston, MA 02116
617-536-0040 (Office)
617-536-4400 (Fax)
adrjr@rose-law.net
sjl@rose-law.net

Date: June 11, 2026

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Sarajane Levien, hereby certify that on June 11, 2026, I conferred via telephone with counsel for the Plaintiff regarding Defendant's Motion to Dismiss and attempted in good faith to resolve or narrow the issues raised in the motion. The parties were not able to resolve or narrow the issues raised in the Defendant's Motion to Dismiss.

*/s/ Sarajane Levien*
Sarajane Levien

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system on June 11, 2026 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Alan D. Rose, Jr.*
Alan D. Rose, Jr.

2