**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

SCULLY ROYALTY LTD.,

        Plaintiff,

   v.

SAMUEL STEFFEY MORROW,

       Defendant.

Civil Action No. 1:26-cv-11373-RGS

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Scully Royalty LTD ("Scully") gives

notice that the above-captioned action is voluntarily dismissed without prejudice against the

defendant Samuel Steffey Morrow ("Morrow").

Dated: June 25, 2026

Respectfully submitted,
Scully Royalty LTD,
By their attorneys

*/s/ Dana A. Zakarian*
Dana A. Zakarian, BBO# 641058
Robert L. Boston, BBO# 665174
Smith Duggan Cornell &
Gollub LLP
55 Old Bedford Road, Suite 300
Lincoln, MA 01773
617-228-4400
dana.zakarian@smithduggan.com
robert.boston@smithduggan.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 25th day of June 2026, I electronically filed the foregoing document through the CM/ECF system, which will send notification to the registered participants as identified on the Notice of Electronic Filing, and, on this day, I will cause a copy to be mailed to each of those indicated as non-registered participants.

Alan D. Rose, Jr. BBO #628871
Sarajane Levien BBO #716071
ROSE LAW PARTNERS LLP
185 Dartmouth Street, Suite 602
Boston, MA 02116
617-536-0040
adrjr@rose-law.net
sjl@rose-law.net

*/s/ Dana A. Zakarian*
Dana A. Zakarian